ALEXANDER FARKAS, Respondent, v. JACOB COHEN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

FLATBUSH WATER WORKS COMPANY, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK and Another, Defendants. THE CITY OF NEW YORK, NICHOLAS J. HAYES, as Commissioner, etc., Appellants.— Judgment unanimously affirmed, with costs, upon opinion of Mr. Justice CROPSEY at Special Term, granting preliminary injunction. [Reported in 129 Misc. 746.] Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

PHILIP GOLDFARB and TRIMBLE PLACE CONSTRUCTION CO., INC., Respondents, v. MONTAG DEVELOPMENT CORPORATION, Appellant.— Order denying motion to dismiss complaint reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The complaint does not state facts constituting a cause of action. It does not show any confidential relation between the parties, nor, in connection with the oral agreement to convey the real estate therein described, does it show any act of part performance which would justify the granting of relief, contrary to the imperative provisions of the statute (Real Prop. Law [Consol. Laws, chap. 50], § 242) that, except as therein provided, an oral agreement to convey real property is not enforcible. (*Woolley* v. *Stewart*, 222 N. Y. 347.) Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur. Settle order upon notice.

ELIZABETH HAYDEN, Administratrix of the Estate of THOMAS HAYDEN, Deceased, Respondent, v. EUGENE MERRELL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THOMAS J. HOPKINS, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Order striking out second defense and directing service of bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Manning, Young, Kapper, Lazansky and Hagarty, JJ., concur.

In the Matter of Awarding Letters of Administration upon the Estate of MICHAEL DEEGAN, Deceased. THOMAS J. LAHEY, Appellant; EDWARD BUCKLEY, Respondent.— Order of Surrogate's Court of Orange county reversed upon the law, with ten dollars costs and disbursements to appellant, payable out of the estate; application of respondent for letters of administration denied, and appellant's application therefor granted, upon authority of *Matter of Storum* (*ante*, p. 472). (See, also, *Matter of Ryan*, 129 Misc. 248.) Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur. Settle order upon notice.